BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
HUNTER B. THOMSON
Assistant United States Attorney
California State Bar No. 330533
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-6739   Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
PAUL R. PERKINS
TIFFANY L. HO
Attorneys, Civil Division
United States Department of Justice
    175 N Street, NE, Room 10.1318
    Washington, DC 20002
    T: 202.305.4166|F: 202.616.3085
    Email: tiffany.l.ho@usdoj.gov

Attorneys for the United States of America

**FILED**
CLERK, U.S. DISTRICT COURT
July 18, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br>          Plaintiff[s],<br>       v.<br>**[UNDER SEAL]**,<br>          Defendant[s]. | No. 2:22-CV-06501-SVW-MAA<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE: UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER] |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
HUNTER B. THOMSON
Assistant United States Attorney
California State Bar No. 330533
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-6739   Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
PAUL R. PERKINS
TIFFANY L. HO
Attorneys, Civil Division
United States Department of Justice
    175 N Street, NE, Room 10.1318
    Washington, DC 20002
    T: 202.305.4166|F: 202.616.3085
    Email: tiffany.l.ho@usdoj.gov

Attorneys for the United States of America

**FILED**
CLERK, U.S. DISTRICT COURT
July 18, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LINCOLN ANALYTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL INTEGRATED MEDICAL GROUP, INC., NORMITA SIERRA, and JOHN MARK SISON,<br><br>Defendants. | No. 2:22-CV-06501-SVW-MAA<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE: UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER] |

1 Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") hereby notifies the Court of its decision not to intervene in the above-captioned action.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits the *qui tam* plaintiff Lincoln Analytics, Inc. ("Relator"), to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Notwithstanding this language, the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Accordingly, should either the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that the parties notify the United States of the same, and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action at a later date, for good cause, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States and the Relator stipulate that the Relators' Complaint (including any amended complaints), this Notice, and the accompanying proposed Order should be unsealed. The United States and the Relator further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation and, thereby,

1

1  evaluating whether the seal and time for making an election to intervene should be
2  extended.
3       A [Proposed] Order is lodged concurrently herewith.

                                    Respectfully submitted,

Dated: July 14, 2023        LAW OFFICE OF STEPHEN CHAHN LEE, LLC

                            /s/ Stephen Chahn Lee
                            STEPHEN CHAHN LEE
                            Attorney for Relator

Dated: July 14, 2023        BRIAN M. BOYNTON
                            Principal Deputy Attorney General, Civil Division
                            E. MARTIN ESTRADA
                            United States Attorney
                            ROSS M. CUFF
                            Chief, Civil Fraud Section
                            JACK D. ROSS
                            Deputy Chief, Civil Fraud Section
                            JAMIE ANN YAVELBERG
                            PAUL R. PERKINS
                            TIFFANY L. HO
                            Attorneys, Civil Division

                            /s/ Hunter B. Thomson
                            HUNTER B. THOMSON
                            Assistant United States Attorney
                            Attorneys for the United States of America

## Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 14, 2023

/s/ Hunter B. Thomson
HUNTER B. THOMSON
Assistant United States Attorney
Attorneys for the United States of America

# PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 14, 2023, I served the UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND STIPULATION RE: UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: July 14, 2023. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Stephen Chahn Lee (State Bar No. 336435)
LAW OFFICE OF STEPHEN CHAHN LEE, LLC
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
312-436-1790
slee@stephenleelaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2023, at Los Angeles, California.

/s/ Hunter B. Thomson
HUNTER B. THOMSON