JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Lincoln Analytics, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL INTEGRATED MEDICAL GROUP, INC. *et al.*,<br><br>Defendants. | No. 2:22-CV-06501-SVW-MAA<br><br>ORDER |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Relator Lincoln Analytics, Inc. hereby, and upon order of the Court, dismisses without prejudice this action in its entirety, said dismissal being without prejudice as to the United States of America.

IT IS SO ORDERED.

Dated: July 28, 2023

_____
UNITED STATES DISTRICT JUDGE

1